IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00179-EWN-MJW

INTERNATIONAL BEAUTY PRODUCTS LLC.,

Plaintiff(s),

v.

GARTH BEVERIDGE, et al.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 56) is APPROVED as amended in paragraph 5 on page 4 and made an Order of Court.

Date: August 30, 2005