IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00179-EWN-MJW

INTERNATIONAL BEAUTY PRODUCTS LLC.,

Plaintiff(s),

v.

GARTH BEVERIDGE, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Defendant Garth Beveridge's Emergency Motion to Compel and for Sanctions Pursuant to F.R.C.P. 37[sic] and Request for Emergency Hearing (docket no. 70) is GRANTED IN PART AND DENIED IN PART.  The motion is GRANTED as follows.  Plaintiff IBP shall provide to Defendant Beveridge, in accordance with Judge Nottingham's February 7, 2005 Order, access to copies of the relevant hard drives in a readable form at Plaintiff IBP's expense.  This means that the copies should be readable by the Defendant Beveridge without Defendant Beveridge having to purchase additional software to read such copies of the relevant hard drives.  The Plaintiff IBP shall provide access to copies of the relevant hard drives in a readable form on or before October 7, 2005.  The remainder of this motion that requests that sanctions be imposed against the Plaintiff IBP and for an emergency hearing is DENIED.  Each party shall pay their own attorney fees, costs and other expenses for this motion.

Date:  September 23, 2005