IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00179-EWN-MJW

INTERNATIONAL BEAUTY PRODUCTS, LLC.,
a Colorado limited liability company,

     Plaintiff,

v.

GARTH BEVERIDGE, et al.

     Defendants.

## MINUTE ORDER

**Entered by United States Magistrate Judge Michael J. Watanabe**

     It is hereby ORDERED that the Defendants' Motion for Withdrawal of Motions (docket no. 110) is GRANTED.  The following motions are withdrawn.  They are docket nos. 103, 104 and 105.

Date: October 31, 2005