IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00179-EWN-MJW

INTERNATIONAL BEAUTY PRODUCTS, LLC.,

    Plaintiff,

v.

GARTH BEVERIDGE, et al.

    Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Defendants' Motion to Compel Deposition Testimony of Kenneth S. Bernstein and Motion for Contempt and Sanctions (docket no. 114) is GRANTED IN PART AND DENIED IN PART as follows.  The Defendants' Motion to Compel Testimony of Kenneth S. Bernstein is GRANTED.  The Motion for Contempt and Sanctions is DENIED.

    It is FURTHER ORDERED that the parties shall forthwith meet and confer and reset the deposition of Kenneth S. Bernstein before the discovery cut-off date of December 9, 2005.  The court finds that the parties, through Plaintiff's counsel Scott Hyman and Defendants' counsel Jonathan Oster, agreed that Defendants' co-counsel Stewart Neuville would take the deposition on behalf of the Defendants of Mr. Bernstein and Mr. Neuville's co-counsel Mr. Oster will not be present during Mr. Bernstein's deposition.  <u>See</u> exhibits A through F, inclusive, attached to Plaintiff's response.  Moreover, the court finds that Defendants' argument that by not allowing Mr. Oster to be present during Mr. Bernstein's deposition would deprive the Defendants of their counsel of choice is without merit.  The Defendants have hired two law firms to represent them in this case.  Both Mr. Oster and Mr. Neuville are competent and experienced counsel and have a full understanding of the facts and circumstances of this case and therefore the Defendants have failed to demonstrate any prejudice.

    It is FURTHER ORDERED that each party shall pay their own attorney fees and costs for this motion.

    It is FURTHER ORDERED that at the deposition of Mr. Bernstein, Plaintiff's co-counsel Jonathan Oster shall not be present.

Date:  November 10, 2005