IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00179-EWN-MJW

INTERNATIONAL BEAUTY PRODUCTS, LLC.,
a Colorado limited liability company,

Plaintiff,

v.

GARTH BEVERIDGE, et al.

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Motion for Sanctions (docket no. 97) is DENIED.  Defendants filed their objections to Magistrate Judge Watanabe's Order dated October 4, 2005, and also filed a motion to stay.  Thereafter, on October 24, 2005, Judge Nottingham entered his order overruling the objections and denying the Defendants' motion to stay.  The Defendants subsequently provided the discovery that was the subject matter of Magistrate Judge Watanabe's Order dated October 4, 2005, to the Plaintiff on October 27, 2005.  Accordingly, there is no basis for sanctions to be awarded under these circumstances.

Date:  November 10, 2005